# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **McFARLAND, LP, SPRING VILLAGE APARTMENTS, LLC, and SPRING VILLAGE, LP,** | CIVIL ACTION NO. 1:18-CV-1664 |
| **Plaintiffs** | (Chief Judge Conner) |
| v. | |
| **HARFORD MUTUAL INSURANCE COMPANIES and FIRSTLINE NATIONAL INSURANCE COMPANY,** | |
| **Defendants** | |

## **ORDER**

AND NOW, this 25th day of July, 2019, upon consideration of the motion (Doc. 12) to sever and to stay bad faith claim and the motion (Doc. 16) to quash the notice of deposition of Peter J. Speaker, Esquire ("Attorney Speaker") and for a protective order filed by defendant Firstline National Insurance Company ("Firstline"), and in accordance with the accompanying memorandum, it is hereby ORDERED that:

1. Firstline's motion (Doc. 12) to sever and stay the bad faith claim is GRANTED in part and DENIED in part. The court will bifurcate discovery and, if necessary, trial on Counts I and III of the complaint. Additionally, the court will STAY discovery on the bad faith claim until resolution of the breach of contract claim.

2. Firstline's motion (Doc. 16) to quash the notice of deposition of Attorney Speaker and for a protective order is conditionally GRANTED. Plaintiffs may reassert their deposition notice of Attorney Speaker, if necessary, following resolution of the breach of contract claim.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania